**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**
-------------------------------------------------------------X

HERBERT W. CORWIN ,

                          Plaintiff,

        - against -

RONALD A. MICHNE,
DONALD P. MICHNE,

                     Defendants.

**JUDGMENT**

CV-05-2204 (ADS)

-------------------------------------------------------------X

An Order of Honorable Arthur D. Spatt, United States District Judge, having been filed on May 14, 2005 denying plaintiff's motion for a stay of eviction proceedings and dismissing plaintiff's complaint *sua sponte* for lack of jurisdiction, it is

**ORDERED AND ADJUDGED** that plaintiff take nothing of defendants; that plaintiff's motion for a stay of eviction proceedings is denied; and that plaintiff's complaint is dismissed.

Dated: Central Islip, New York
        May 16, 2005

                                                  ROBERT C. HEINEMANN
                                                  CLERK OF THE COURT

                                   BY:    /S/ LORRAINE SAPIENZA
                                                       DEPUTY CLERK